UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LORI L. KOEHNE, | No. C 13-04451 LB |
| Plaintiff, | **NOTICE OF REASSIGNMENT AND ORDER REGARDING SUMMARY JUDGMENT BRIEFING DEADLINES** |
| v. | |
| CAROLYN W COLVIN, | |
| Defendant. | |
| _____/ | |

On April 4, 2014, Plaintiff Lori Koehne filed a motion for summary judgment. Motion, ECF No. 17. Pursuant to this district's procedural order for Social Security Review actions (ECF No. 2) and the district court's March 7, 2014 order (ECF No. 16), Defendant Carolyn Colvin's opposition to the motion is due on May 2, 2014, and Ms. Koehne's reply is due on May 16, 2014.

On April 23, 2014, with all parties' consent, the district court directed the Clerk of the Court to reassign this action to a magistrate judge. 4/23/2014 Order, ECF No. 18. The undersigned now is the presiding judge over this action. Reassignment, ECF No. 19. In the standard reassignment order, the Clerk of the Court vacated all presently scheduled dates and directed Ms. Koehne to renotice her motion for hearing before the undersigned. The court issues this order to make clear that Ms. Koehne does not need to renotice her motion for summary judgment, and the opposition and reply deadlines still apply. And, as the district's procedural order for Social Security Review actions states, unless the court orders otherwise, upon conclusion of the briefing schedule, this matter shall be deemed submitted for decision without oral argument.

C 13-04451 LB
ORDER

1  **IT IS SO ORDERED.**

2  Dated: April 28, 2014

3  _____
LAUREL BEELER
United States Magistrate Judge